AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Aven Lamar Shariff Sellers,<br>*Plaintiff*<br>v.<br>Sheriff Sam Parker; Administrator Richie;<br>Lt. Gillespie; Chesterfield SC Detention<br>Center; Federal Attorney Jay Wallace<br>Jordan; United States District Courts<br>Booking Marshal, Florence S.C.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No.  2:12-2263-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendation of Magistrate Judge Bruce Howe Hendricks is accepted. This action is dismissed. The Plaintiff shall take nothing on his complaint filed pursuant to Title 42 U.S.C. § 1983.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis, United States District Judge.

Date:  June 4, 2013

*CLERK OF COURT*

s/H. Hillman
*Signature of Clerk or Deputy Clerk*